IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF INFORMATION ASSOCIATED WITH THE CELLULAR DEVICE ASSIGNED CALL NUMBER (978) 201-1407 STORED AT PREMISES CONTROLLED BY SPRINT | Case No. 21-mj- 73-01-AJ<br><br>**Filed Under Seal** |

## MOTION TO SEAL

The United States of America respectfully requests that this entire matter be sealed at Level II, including the Application for a Search Warrant, Affidavit in Support, Search Warrant, this motion, any ruling on this motion, and all related paperwork and corresponding docket entries in the above-captioned case, for **180 days** until **September 11, 2021**.

In support, the government submits that the criminal investigation in support of which this search warrant is sought is ongoing. Premature disclosure of certain details of this investigation could obstruct or seriously jeopardize the investigation. For example, if the targets of this firearms investigation became aware of this warrant, this could cause them to flee, destroy evidence, or otherwise obstruct the investigation.

Respectfully submitted,

SCOTT W. MURRAY
United States Attorney

/s/ Seth Aframe
Seth Aframe
Assistant U.S. Attorney

Motion:  _X_ Granted   ___ Denied

Dated: March _15_, 2021

_____
Andrea K. Johnstone
United States Magistrate Judge